

**Rasch Investigations**

Civic Center Plaza Towers, Suite 801 • 600 West Santa Ana Boulevard • Santa Ana, California 92701
(714) 835-0730 · (714) 558-0626 Fax
*State License Number A7994*

October 3, 2013

Anaheim Police Department
Attn: Custodian of Records
425 S. Harbor Boulevard
Anaheim, CA 92805

Re:   United States of America vs. Albert Vargas
      Case No. SA CR 11-00148-JVS
      File No. 11-131

Dear Custodian of Records:

You are not required to appear in person if you produce the records described in the enclosed Federal Criminal Subpoena and Declaration for Subpoena Duces Tecum to Mr. Vargas' attorney ERROL STAMBLER AT:

ERROL H. STAMBLER
Errol H. Stambler Law Offices, P.L.C.
10880 Wilshire Blvd, Suite 1050
Los Angeles, CA 90024

Should you have any questions, please contact Mr. Stambler at (310) 473-4525 or my office at the number listed above.

Sincerely,

Jason Ponte
Rasch Investigations
Encl.

Attorney's Name, Address & Phone:
ERROL STAMBLER, ESQ.
10880 Wilshire Blvd., Suite 1050
Los Angeles, CA 90024
Phone: (310) 473-4525

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Unite States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR 11-00148-JVS |
| v. | |
| Alberto Vargas | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S). | |

TO: ANAHEIM POLICE DEPARTMENT: CUSTODIAN OF RECORDS

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 411 W. 4th Street, Santa Ana, CA 92701 , Courtroom: 10C

Date: 10/24/13 , Time: 9:00 a.m.

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Copies of any and all records including but not limited to: police reports, incident reports, memorandums, investigation reports, surveillance notes and reports, statements about or in reference to, as well as any files prepared in connection with any investigation conducted about or in reference to Alberto Vargas, DOB, 10/24/1963 (as referenced in the State Indictment-12ZF0149- filed on October 9, 2012. Declaration and State Indictment attached) from January 1, 2007 to the present time.



_____     10/03/2013
Allen Abersman, Acting Clerk of Court     Date

CR-21 (09/08)     SUBPOENA IN A CRIMINAL CASE     Page 1 of 2

# PROOF OF SERVICE

I hereby declare that I am a citizen of the United States employed in the County of Orange, over the age of 18 years old and that my business address is 600 W. Santa Ana Blvd., Suite 801, Santa Ana, California, 92701. I am not a party to the within action.

On October 3, 2013, I served the following document:

## "SUBPOENA IN A CRIMINAL CASE"

on all other parties to this action by placing a true copy of said document in a sealed envelope in the following manner:

[ ] (BY U.S. MAIL) I placed such envelope(s) addressed as shown below for collection and mailing at Santa Ana, California, following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY COMMON COURIER) I placed such envelope(s) addressed as shown below for collection and delivery by Common Courier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by Common Courier.

[ ] (BY FACSIMILE) I caused such document to be telefaxed to the addressee(s) and number(s) shown below, wherein such telefax is transmitted that same day in the ordinary course of business.

[X] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the address shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Jason Ponte

NAME AND ADDRESS TO WHOM SERVICE WAS MADE:

Anaheim Police Department
Custodian of Records
425 S. Harbor Boulevard
Anaheim, CA 92805

| PROOF OF SERVICE ||||
|---|---|---|---|
| **Received by Server** | DATE | PLACE ||
| **Served** | DATE 10/3/13 | PLACE 425 S. Harbor Blvd Anaheim CA 92805 ||
| SERVED ON (PRINT NAME) Jose Cruz APD Court Liaison ||| FEES AND MILEAGE TENDERED TO WITNESS ☐ Yes ☐ No  Amount $ |
| SERVED BY (PRINT NAME) Jason Ponte ||| TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10/4/13
     Date                    Signature of Server

Address of Server: 600 W. Santa Ana Blvd Ste 801 Santa Ana CA 92701

ADDITIONAL INFORMATION

CR-21 (09/08)         SUBPOENA IN A CRIMINAL CASE                Page 2 of 2



**Rasch Investigations**

Civic Center Plaza Towers, Suite 801 • 600 West Santa Ana Boulevard • Santa Ana, California 92701
(714) 835-0730 · (714) 558-0626 Fax
State License Number A7994

October 3, 2013

Anaheim Police Department
Attn: Custodian of Records
425 S. Harbor Boulevard
Anaheim, CA 92805

Re:   United States of America vs. Albert Vargas
      Case No. SA CR 11-00148-JVS
      File No. 11-131

Dear Custodian of Records:

You are not required to appear in person if you produce the records described in the enclosed Federal Criminal Subpoena and Declaration for Subpoena Duces Tecum to Mr. Vargas' attorney ERROL STAMBLER AT:

ERROL H. STAMBLER
Errol H. Stambler Law Offices, P.L.C.
10880 Wilshire Blvd, Suite 1050
Los Angeles, CA 90024

Should you have any questions, please contact Mr. Stambler at (310) 473-4525 or my office at the number listed above.

Sincerely,

Jason Ponte
Rasch Investigations
Encl.

Attorney's Name, Address & Phone:
ERROL STAMBLER, ESQ.
10880 Wilshire Blvd., Suite 1050
Los Angeles, CA 90024
Phone: (310) 473-4525

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Unite States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | SA CR 11-00148-JVS |
| v. | |
| Alberto Vargas | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S). | |

TO: ANAHEIM POLICE DEPARTMENT: CUSTODIAN OF RECORDS

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 411 W. 4th Street, Santa Ana, CA 92701 , Courtroom: 10C

Date: 10/24/13 , Time: 9:00 a.m. .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Copies of any and all records regarding any "Cooperation Agreement" between the Anaheim Police Department and Glenn Navarro (DOB: 7/23/1967) that offered Mr. Navarro and/or his family any benefits, including but not limited to: financial benefits, limit on criminal liability, immunity, plea agreement, recommendation for reduction of sentence, or any other benefit, in exchange for Mr. Navarro's cooperation with the investigation conducted by the Anaheim Police Department into Mexican Mafia activities (as referenced in the State Indictment-12ZF0149-filed on October 9, 2012. Declaration and State Indictment attached) from January 1, 2007 to the present time.



_____          10/03/2013
Allen Abersman, Acting Clerk of Court          Date

CR-21 (09/08)          SUBPOENA IN A CRIMINAL CASE          Page 1 of 2

## PROOF OF SERVICE

I hereby declare that I am a citizen of the United States employed in the County of Orange, over the age of 18 years old and that my business address is 600 W. Santa Ana Blvd., Suite 801, Santa Ana, California, 92701. I am not a party to the within action.

On October 3, 2013, I served the following document:

### "SUBPOENA IN A CRIMINAL CASE"

on all other parties to this action by placing a true copy of said document in a sealed envelope in the following manner:

[ ] (BY U.S. MAIL) I placed such envelope(s) addressed as shown below for collection and mailing at Santa Ana, California, following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY COMMON COURIER) I placed such envelope(s) addressed as shown below for collection and delivery by Common Courier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by Common Courier.

[ ] (BY FACSIMILE) I caused such document to be telefaxed to the addressee(s) and number(s) shown below, wherein such telefax is transmitted that same day in the ordinary course of business.

[X] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the address shown below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Jason Ponte

NAME AND ADDRESS TO WHOM SERVICE WAS MADE:

Anaheim Police Department
Custodian of Records
425 S. Harbor Boulevard
Anaheim, CA 92805

| PROOF OF SERVICE | | |
|---|---|---|
| Received by Server | DATE | PLACE |
| Served | DATE 10/3/13 | PLACE 425 S. Harbor Blvd Anaheim CA 92805 |
| SERVED ON (PRINT NAME) Jose Cruz APD Court Liaison | | FEES AND MILEAGE TENDERED TO WITNESS ☐ Yes ☐ No Amount $ |
| SERVED BY (PRINT NAME) Jason Ponte | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10/4/13
Date                    Signature of Server

Address of Server: 600 W. Santa Ana Blvd. Ste 801 Santa Ana CA 92701

ADDITIONAL INFORMATION

CR-21 (09/08)                 SUBPOENA IN A CRIMINAL CASE                 Page 2 of 2